Entered on Docket
August 27, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**DENIED**

_____
**ALAN JAROSLOVSKY**
**U.S. Bankruptcy Judge**

1 | Christian N. Cooper, # 251630
2 | 100 Oceangate, 12th Floor
  | Long Beach, CA 90802
3 | Telephone: (562) 733-2450
4 | Facsimile: (562) 733-2451
5 | Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA (SANTA ROSA)

IN RE:

DEBORAH JOHNSON ROSE,

Debtor.

Case No.: 10-13064
Chapter: 13

**ORDER EXTENDING TIME FOR SUBMITTING INCOMPLETE FILINGS PERTAINING TO CHAPTER 13 BANKRUPTCY PETITON UNTIL AND INCLUDING SEPTEMBER 8, 2010**

The Court, having considered the Debtor's Application for an extension of time within which to submit incomplete filings pertaining to Debtor's Chapter 7 Bankruptcy Petition, and for good cause shown therein, now ORDERS that the Debtor's Application is GRANTED, and the Debtor's time to submit incomplete filings on or before September 8, 2010, is approved.

IT IS SO ORDERED.

###

Dated:

_____
UNITED STATES BANKRUPTCY JUDGE