**Entered on Docket**
**August 27, 2010**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

In re

Deborah Johnson Rose,

Debtor(s). /

No.: 10-13064
Chapter: 7

**ORDER FOR HEARING RE: SANCTIONS**

To the above-named debtor(s) and counsel of record:

A hearing will be held at 9:00 A.M. on September 10, 2010 at:

U.S. Bankruptcy Court, 99 South “E” Street, Santa Rosa, CA

You and your counsel (if any) are ordered to attend. The purpose of the hearing is to determine if the court should fine or otherwise sanction you and/or your counsel, or dismiss this case, pursuant to section 105(a) of the Bankruptcy Code for:

failure to file timely schedules and statement of affairs

Belated compliance will not excuse attendance at the hearing, nor assure that there will be no sanctions or dismissal. If this case is dismissed, the Court may bar the debtor(s) from refiling any bankruptcy petition in any Court for a period of up to one year. Time for service of this order is shortened to five days before the hearing. Service is limited to the debtor(s), counsel for the debtor(s) (if any), the case trustee, and the U.S. Trustee.

SO ORDERED.

Dated: August 27, 2010

Alan Jaroslovsky
U.S. Bankruptcy Judge

I certify that on this day this order was mailed to the debtor at their last known mailing address.

By: Linda Jerge, Deputy Clerk on August 27, 2010

**NOTICE TO PERSONS ORDERED TO APPEAR**

You have been ordered to appear in federal court. Appropriate attire is mandatory. You will not be permitted into the courtroom if you are wearing a T-shirt, shorts or sandals.